Angel **ASENCIO**, for himself and on behalf of a class of all others similarly situated, Plaintiff–Appellant,

v.

**WELLS FARGO BANK, N.A.,** a National Bank, Defendant–Appellee.

No. 12–16519
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 29, 2013.

Alberto E. Lugo–Janer, Attorney at Law, Windermere, FL, Teeluck Persad,

CPLS, PA, Orlando, FL, for Plaintiff–Appellant.

Linda A. Conahan, Aaron Jay Horowitz, Gunster Yoakley & Stewart, PA, Fort Lauderdale, FL, for Defendant–Appellee.

Before TJOFLAT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

The dismissal of the appellant's complaint is affirmed for the reasons set forth in the ORDER of the district court dated November 21, 2012. We do not reach the issue of whether or not the district court erred in denying the appellant's motion to file an amended complaint as there is no argument regarding this in the appellant's main brief. *See United States v. Magluta,* 418 F.3d 1166, 1185 (11th Cir.2005) (ruling that a party abandons an argument if the party fails to raise the argument in the party's initial brief).

AFFIRMED.